UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., | Case No.  20-cv-02438-VC |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| DRB EXCAVATION, INC., et al., | |
| Defendant. | |

The Court has been advised by the Settlement Conference Minute Order, filed on April 19, 2021, that the parties have resolved this case. (Re: Dkt. No. 30).  Therefore, it is ORDERED that this case is DISMISSED without prejudice.  All deadlines and hearings in the case are vacated.  Any pending motions are moot.

The parties retain the right to reopen this action within 60 days of this Order if the settlement is not consummated.  If a request to reinstate the case is not filed and served on opposing counsel within 60 days, the dismissal will be with prejudice.

**IT IS SO ORDERED.**

Dated: April 19, 2021

_____
VINCE CHHABRIA
United States District Judge